In the Matter of PHILIP BROWN, an Attorney, Respondent. CO-ORDINATING COMMITTEE ON DISCIPLINE OF THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, THE NEW YORK COUNTY LAWYERS' ASSOCIATION AND THE BRONX COUNTY BAR ASSOCIATION, Petitioner.

First Department, June 28, 1962.

*Henry Weiner* (*Allen Harris* with him on the brief), attorney for petitioner.

*Samuel A. Neuburger* for respondent.

*Per Curiam.* Respondent, admitted to practice in 1934, is charged with professional misconduct in connection with his solicitation of retainers in violation of section 270-a of the Penal Law. He pleaded guilty to an attempt to commit the crime of unlawful solicitation. In addition to being charged with " solicitation " he is also charged with a failure to co-operate with the preliminary inquiry of the Co-ordinating Committee

on Discipline and with having commingled clients' moneys with his own.

Respondent has no prior disciplinary history and since 1954 has conducted himself in accordance with the high standards of the profession. There is no evidence that any of his clients have been prejudiced by reason of his improper conduct. In addition, he ultimately co-operated fully with the Co-ordinating Committee and frankly disclosed his past transgressions.

Under all the circumstances the respondent should be suspended from the practice of the law for one year.

RABIN, J. P., VALENTE, MCNALLY, STEVENS and EAGER, JJ., concur.

Respondent suspended for a period of one year.